MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Jeffrey J. Johnson and Karen K. Johnson

Chapter 7 Case No. 08-43780

Please Check One:

\_\_\_\_\_  Unclaimed Dividends

\_\_✓\_\_  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Connexus<br>14601 Ramsey Blvd.<br>Anoka, MN 55303 | 5 | $87.14 | .87 |
| City of Isanti<br>P.O. Box 428<br>Isanti, MN 55040 | 10 | 134.77 | 1.39 |

Dated: September 9, 2010

Randall L. Seaver, Trustee

RECEIVED 10 SEP 10 AM 9:31 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

C:\Data\randy\Trustee-Mpls\Jeffrey Johnson\Unclaimed Dividends Distribution Less than $5.wpd